IN UNITED STATES DISTRICT COURT IN AND FOR THE STATE OF MARYLND

ELLIS BARBER JC AIM
AMERICAN INDIAN MINISTRIES   EIN 52 155 7587
8935-1 BALTIMORE STREET SAVAGE MARYLAND 20763
PH ; 301356 8303



CCB 16 CV 0903

VS.                                    CIVIL/CRIMINAL  _____

UNITED STATES PRESIDENT WHITE HOUSE WASHINGTON D.C.
UNITED STATES CONGRESS
    UNITED STATES HOUSE OF REPRESENTATIVES WASHINGTON D.C PH; 202 2241904
UNITED STATES SENATE
    SENATE OFFICE BLDG WASHINGTON D.C. PH; 202 224 5653
UNITEDSTATES SOLICITER GENERAL DEPARTMENT OF JUSTICE
    950 PENNSYLVANIA AVE. N.W. WASHINGTON D.C. 20530   PH; 202 514 2203
UNITED STATES ATTORNEY GENERAL   DEPARTMENT OF JUSTICE
    950 PENNSYLVANIA AVE, N,W, WASHINGTON D.C. 20530 PH 202 353 1555
UNITED STATES FOOD AND DRUG ADMINISTRATION USDA
    10903 NEW HAMPSHIRE AVENUE SILVER SPRING MARYLAND 20993 PH;888 4636332
FEDERAL BUREAU OF INVESTIGATION
    935 PENNSYLVANIA AVE, N.W. WASGINGTON D.C.20535   PH; 202 324 3000
DRUG ENFORCEMENT AGENCY
    800 K STREET   N.W. WASHNGTON D.C. 20001 PH;202 305 8500
·ALCOHOL TOBBACCO AND FIREARMS
    99 NEW YORK AVENUE N.W. WASHINGTON D.C. 20226 PH; 202 648 7080
BUREAU OF INDIAN AFFAIRS   MS – 3658   -MIB
    1849   C   STREET N.W. WASHINGTON D.C. 20240 PH; 202 208 5320

MOTION FOR FREEDOM OF RELIGION AND MEDICINE .

        ENTERS THIS MOST HONORABLE COURT ELLIS BARBER O/B/O AMERICAN INDIAN
MINSITRIES   PROSE INFORMA PAUPEROUS .ESTABLISHED NUMBEROUS TIMES IN UNITED STATES
DISTRICT AND SUPREME COURT. TO REQUEST RELEIF AND STATE

    THAT THERE IS DIFFICULTY WITH UNITED STATES   , STATE ,COUNTY AND CITY LAWS . WHICH ARE
ENFORCED TO INFRINGE. UPON FREEDOM OF RELIGION AND MEDICINE WHICH ARE SAME. BECAUSE
WE ARE SEPERATIST IN VIEW AND BELIEF . WE HAVE BEEN STAULKED AND HARRASSED BY
OPPOSING VIEWED RELIGIOUS AND NONRELIGIOUS INTERPRETATION   IN NEGLECT AND OR ABUSE
OF PRESENT LAW..
    NATIVE AMERICAN RELIGION INCLUDES AS DOES BIBLICAL TEXT WHOLISTIC MEDICINE AS APART
OF RELIGION. THIS INCLUDES   USING TOBBACCO IN PRAYER AND MARIJUANA ( CANNIBAS SATIVA )
AS WELL AS ALL OTHER ELEMENTAL ATOMIC FORMS OF PLANT AND ELEMENT, FOR MEDICINE, IT IS
AMAZING THE MEDICINE THAT EXISTS TODAY ORIGINATED FROM MEDICINE PRIESTS , WHO WERE
MALE AND FEMALE. WITH THE CONTROL OF PLANTS ,OR OTHER BY A GROUP OF PERSOSN WHO
CLAIM THE DOMINATIVE CONTROL FOR THEIR PERSONAL GAIN, EXAMPLE ALL MEDICATIONS ARE
OLD HOME REMEDIES WHICH HAVE BEEN MODIFIED FOR SPECIFIC PURPOSE.SUCH AS TAXABLE ,
AND EXPLOITABLE, THE REMEDIES ARE BUFFERED TO MINIMAL AMOUNT .ANMD SOLD AT HIGHEST
PRICE   . WHILE THE LAWS   ARE WRITTEN TO PREVENT INDIAN MEDICINE EXERCISE.
    WE SEEK THE RIGHT TO POSESS , TRANSPORT AND TRANSFER FOR MEDICINAL OR CERIMONIAL
PURPOSE. MARIJUANA , AND OTHER MEDICINAL PLANTS ,ELEMENTS, FOR MEDICINE.AND THAT WE
ARE ALLOWED TO POSESS AND CONTROL TOBBACCO PRODUCTS FOR CERIMONIAL. SINCE
POSSESS , TRNSPORT AND TRANSFER OF THESE ITEMS IS HINDERED BY TAXATION, AND RULE
ENFORCEMENT.
    THE FREEDOM OF RELIGION LAWS, AND LAWS EXIST AND HAVE BEEN PASSED THAT ARE NOT
ENFORCED PROPERLY. WE ARE BEING REFUSED AND OR TAXED FOR TOBBACCO PRODUCTS. WHICH
IS UNCOMPREHENDABLE WHY, NATIVE AMERICANS SHOULD PAY TAX ON TOBBACCO OR MARIJUANA
OR OTHER ELEMENTAL REMEDIES .SINCE   THEY BY POSSESSION ARE A PART OF INHERITENCE
FROM GREAT SPIRIT JUSTICE CREATOR OF ATOMS..ON NATIVE AMERICAN LANDS GIVEN BY GOD.

FILED
LOGGED
ENTERED
RECEIVED
MAR 2 5 2016
CLERK, U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY
DEPUTY

ANYONE WHO CLAIMS OWNERSHIP IS CLAIMING OWNERSHIP OF GOD PROPERTY.

THE REASON FOR THIS MOTION IS TO EXPLAIN,ANY MARIJUANA OR SYNTHETIC,OR DESIGNER DRUGS, ARE CRIMINAL ASSAULT TRESSPASS WITH INTENT OT MAIM AND OR MURDER.WHEN FORMULATED TO CAUSE MAIM OR DEATH. AS IN SOME CASES ADDITIVES ARE IMBALMING FLUID, LSD , COCAIN,HEROIN, CRYSTAL METHAMPHETAMINE, ,PCP,AS WELL AS TOBBACO PRODUCTS, WHICH ARE CHEMICAL ASSAULT WITH INTENT TO MAIM OR MURDER. AND CAPITOL HEINOUS.

NATURAL GROWN HERBAL REMEDY, DO NOT INCLUDE PCP,LSD,COACAIN , OPIATES IN THEIR GROWTH OR AFTER DRYING ADDATIVES, ANY TOBBACCO , MARIJUANA OR OTHER ,   THAT HAS BEEN MODIFIED WITH ELEMENTAL ATOMIC INTENT TO ENHANCE, ARE NOT LEGAL USE OF THE REMEDY.. AND POLICING AGENCIES SHOULD BE FREE TO ESTABLISH THAT ANY MARIJUANA OR OTHER IS PURE OR MODIFIED , AND THE TESTING WOULD BE TO ESTABLISH PURITY OF REMEDY, ONCE IT IS IN PLAIN VIEW,WITH POSSIBLE TAMPERING WHICH WOULD ENDANGER LIFE IT IS SUBJECT TO SEARCH AND SEIZURE.

THE ISSUE IS THE CHEMICAL LABOTEMY CAUSING TARTIVE DYSKENESIA, BRIAN DAMAGE AND MENTAL IMPARMENT FROM CHEMICAL ABUSE.WE SEEK TO PROTECT THOSE WHO USE MARIJUANA ,TOBBACCO OR OTHER FROM   MENTAL AND OR PHYSICAL HARM.WE FEEL LAW IS PRESENT AND PROPER. WHEN APPLIED PROPERLY. PROBLEM IS WHEN PERSONAL RATHER THAN LEGAL APPLY IS PRESENT. SEE; BIVENS VS, SIX UNKNOWN NAMED AGENTS. FEDERAL LAW IS LAW OF LAND , STATE LAW THAT CONFLICTS WITH FEDERAL ALW , IS NOT WITH STANDING  STATE LAW HAS TO INTER - LOCK WITH FEDERAL LAW ,STATE LAW IS NOT TO REPLACE OR OVER RIDE FEDERAL LAW. AND PERSONAL OPINION WITHOUT PROBABLE CAUSE IS EXPLORATORIVE INVASION VIOLATION OF MENTAL AND OR PHYSICAL FREEDOM, GUARANTEED BY UNITED STATES CONSTITUTION AND FEDERAL LAW. SEE; 18 USC / FCA 241 , 242. ANY DESIGNER DRUGS OR   PREGROWTH ADDITIVES OR AFTER ADDITIVES ON DRIED OR PREPARED PRODUCT. ARE CAPITOL HEIONOUS   CRIMINAL ASSAULT. AS IT SHOWS PREMEDITATED MALICE AFORETHOUGHT A HEART FATALLY BENT ON MALICIOUS MIS CHIEF   WITH HEINOUS HINDSIGHT. A COMPLICITY OF ORGANIZED CRIME . SEE; KINGPIM RICO ACT.

NATIVE AMERICAN MEDICINE IS APART OF FREEDOM OF RELIGION, ACCESS TO ELEMENTS ,HERBS , FLOWERS,PLANTS AND OTHER USED TO PREPARE MEDICINE. BE   ACCESSABLE TO INDIAN   MEDI- CINE PRIEST   RIGHT TO POSSESS CARRY AND DISTRIBUTE UNHINDERED , THE CONCET OF TAXING OR HINDERING FREEDOM OF RELIGION, IS ATTEMPT TO HARASS BY COHERSION , DURESS ,TO DENY AND CONTROL THE MENTAL AND OR PHYSICAL FREEDOM ,BY ACTS OF MENTAL AND ORP HYSICAL MORAL TURPITUDE DEPRAVITY. STATES HAVE TRIED TO CONTROL RELIGIOUS FREEDOM, FOR THEIR PERSONAL RATHER THAN LEGAL REASON, BECAUSE OF THEIR PERSONAL RELIGIOUS CONCEPTS.. WHICH IS DISCRIMINATORIVE. UNLESS SUBSTANCIATED BY PROBABLE CAUSE. WORLD COURT DETERMINES WHO IS WAR CRIMINALS , BY WHICH COUNTRY IS TRESPASSIVE ATTEMPT TO CONTROL ANOTHER COUNTRY AND ITS INHABITANTS.. FALSE IMPRISONMENT IS KIDNAPING .

WHETHER INTERNATIONAL LAW OR IN HOUSE RULE AND REGULATIONS, THEY CANNOT BE CONTRUED TO CONTROL THE MENTAL AND OR PHYSICAL FREEDOM..BY ACTS OF MENTAL AND OR PHYSICAL MORAL TURPITUDE DEPRAVITY. CRIME IS CRIME. BY NEGLECT TO DO RIGHT OR INTENT TO DO WRONG. TO ADD AT ANYTIME FROM GROWTH TO FINALIZATION , MIND ALTERING ENHANCE-MENTS OR ADDICTIVE SUBSTANCES SUCH AS COCAIN OR HEROIN OPIATE DERIVATIVES IS CON-SPIRACY ASAULT TO MAIM AND OR MURDER.. AS AS MENTAL DISORDER IS   SUICIDAL AND OR HOMI - CIDAL THEREFORE HARMFULL TO SELF OR OTHERS. DRUGS IN MANY CASES ENHANCE INCREASE THE MENTAL DISORDER. SO COMPLICATES THE PROBLEM THAT ALREADY EXISTS. DRUG AND ALCOHOL ADDICTIONS IS CONSIDERED MENTAL DISORDER, TO TAKE DRUGS THAT CAN CAUSE YOUR DEATH IS SUICIDAL TO GIVE DRUGS TO OTHERS THAT CAN CAUSE THEIR DEATH IS HOMI -   CIDAL. ONCE THESE PEOPLE HAVE BECOME CRIMINAL INCLINED THEY HAVE POTENTIONAL TO BE DEFECTIVE DELINQUENT, MENACE TO SOCIETY ,HABITUAL CRIIMINAL ,AND CRIMINAL INSANE. IF THESE ARE NOT INCARCERATED PERMANENTLY OR SENTENCED TO AND LEGALL EXECUTED, THEY CONTINUE TO COMMIT CAPITOL HEINOUS CRIMES.

POLICE SHOULD BE ABLE TO TEST THESUBSTANCE IN PLAIN VIEW WITH POTENTIAL TO BE ALTER- ED, AS DRUNK DRIVING KILLS, SO DOES DRUG STUPOR KILL. THE SYNTEHTICS HAVE PROVEN TO BE MENTAL AND PHYSICAL KILLERS OF CHILDREN AND OTHERS. A CRIME IN THEIR PRESENCE WILL GIVE PROBABLE CAUSE TO PREVENT ENDANGERMENT TO SELF OR OTHERS. THIS WOULD INCLUDE HYBRED FORMS OF HERBAL OF CHEMICAL SUBSTANCES.KNOWN AS DESIGNER DRUGS. EVEN HYDROPONICS HAVE POTENTIAL FOR GOOD OR BAD, DEPENDING ON PURE GROWTH TO NATURAL ORIGIN. MODIFICATION OR ENHANCMENT   CAN CONTAIN DANGEROUS RESULTS. WHERE FDA   HAS SHOWN , MANY TIMEs THE PHARMACEUTICAL MANUFACTURERS USE CUT FILLERS, FOR DRUGS   ,

AND THE DESIGNER DRUG, OR PLANT DERIVED MEDICINE CAN MAIM AND OR MURDER .

SO THE SYSTEM MUST FUNCTION FOR BASIC PURPOSE TO " PROTECT AND SERVE " MOST MEDI-CINE IS DERIVED FROM HERBAL WHOLISTIC MEDIICINE    BY MEDICINE MEN OR WOMEN. SO IT UN - REASONABLE TO DENY SAME ACCESS TO WHAT IS GOVERNED BY COMMERCIAL MEDICINE, WHO CUTS WITH UNKNOIWN FILLS, THE MINIMAL AMOUNT OF HERBAL OR OTHER MEDICINE TO SELL MORE PILLS, WITH RESULTS BEING SAME ENDANGERMENT AS ALLEGDED HOME REMEDY, WHICH IS APART OF RELIGIOUS EXERCISE AND PROTECTED BY LAW.

IF PROBABLE CAUSE EXISTS AGAINST PHARMACEUTICAL COMPANY OR HERBOLGIST   WARRANT IS ISSUED. NO FAVOR FOR ONE OR OTHER. CRIME IS CRIME. THE SYSTEM HAS SEPERATED ALL SUCH AS CHURCH AND STATE , REMOVING FROM GOVERNEMENT THE ABILITY TO CONTROL ALL RELIGONS BY ONE RELIGION CONTROLLING GOVERNMENT.WHOSE BIBLE OR RELIGIOUS BOOK WOULD BE CHOSEN. THAT IS FOR INDIVIDUAL FREEDOM OF RELIGION.

WHOLE CONCEPT OF LAW IS TO PROTECT THE MENTAL AND OR PHYSICAL INDIVIDUAL PERSONS FREEDOM FROM. CONTROL. IF   EITHER SIDE GOVERNMENT OR IMDIVIDAL COMMIT ACTS OF MORAL TURPITUDE THEY ARE CRIMINALLY AND CIVILLLLY ACCOUNTABL FOR VIOLATING THE HUMAN AND CIVIL RIGHTS OF PERSON THEY TRESPASSED AGAINST.

ANY USE OF ADDATIVES OR ADDICTIVE SUBSTANCES TO NATURAL ORIGIN SUCH AS NICOTENE, CAFFEINE, HEROIN,COCAIN,LSD,PCP,MDA,OR OTHER IS CRIMINAL ASSAULT TRESPASS WITH INTENT TO MAIM OR MURDER, CONCEPTS OF ANY FREEDOM CANNOT INCLUDE   FREEDOM TO COMMIT MEN - TAL AND OR PHYSICAL MORAL TURPITUDE, OR BEING HARMFULL TO SELF OR OTHERS,

ALL SYNTHESIS OR MANUFACTURE OF DRUGS OR FORMULATION , WE HAVE SOUGHT REPEAT-EDLY SOUGHT TO CONTROL CATALYST. AS THEY HAVE TO BE PRESENT. CONTROL IS LEGAL.

*March 22, 2016*

*[signature]*